IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PAUL BEASLEY | § | |
| VS. | § | CIVIL ACTION NO.6:12cv450 |
| LARRY IVY, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff may proceed with his claims for denial of due process during a disciplinary hearing against Defendant Kazmierczak and for failure to protect against Defendants Allen and Moore. It is further

**ORDERED** that the Plaintiff's remaining claims against Defendants Ivy, Plentl, Lamb, Morris, Wright, Schafer, Fortner, Harold and Reed are **DISMISSED WITH PREJUDICE**.

**SIGNED** this 15th day of November, 2012.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE