IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PAUL BEASLEY, #444675 | § | |
| VS. | § | CIVIL ACTION NO.6:12cv450 |
| LARRY IVY, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.  No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

**IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendants Kazmierczak, Allen and Moore are hereby **DISMISSED**.  Further,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 29th day of October, 2013.**

1

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE